Patrick J. Reilly, Esq.
Nevada Bar No. 6103
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone: 702.382.2101
Facsimile: 702.382.8135
preilly@bhfs.com

*Attorneys for Charter Communications, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALAN WARENSKI, individually and on behalf of all and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHARTER COMMUNICATIONS d/b/a SPECTRUM,<br><br>Defendant. | Case No.: 2:19-cv-00101-RFB-NJK<br><br>**ORDER EXTENDING DEADLINE TO RESPOND TO COMPLAINT**<br><br>**(First Request)** |

## **STIPULATION**

Plaintiff Alan Warenski and Defendant Charter Communications, Inc., incorrectly sued as "Charter Communications d/b/a Spectrum" ("Charter"), hereby stipulate and agree as follows:

1. On January 17, 2019, Plaintiff filed the Complaint (ECF No. 1), thereby commencing this action.

2. Plaintiff served the Summons and Complaint on January 18, 2019.

3. As such, the current deadline for Charter to answer or otherwise plead in response to the Complaint is February 8, 2019.

4. Charter shall have up to and including March 1, 2019, to answer or otherwise plead in response to the Complaint.

5. By entering into this Stipulation, Charter does not waive any rights or defenses, including defenses related to jurisdiction and arbitrability of claims (to the extent applicable).

18719303

1

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

6. This is the first request for extension of time by Charter, and is made due to the size and nature of this proposed class action, and anticipates the filing of applications in accordance with LR IA 11-2 by counsel for both parties. Accordingly, this stipulation is made in good faith and not for purposes of delay.

DATED this 6th day of February, 2019.   DATED this 6th day of February, 2019.

/s/ Miles N. Clark
Matthew I. Knepper, Esq.
Miles N. Clark, Esq.
KNEPPER & CLARK, LLC
10040 W. Cheyenne Avenue
Suite 170-179
Las Vegas, NV 89129

/s/ Patrick J. Reilly
Patrick J. Reilly
BROWNSTEIN FARBER HYATT FARBER SCHECK, LLP
100 N. City Parkway, Suite 1600
Las Vegas, NV 89106-4614

*Attorneys for Charter Communications, Inc.*

David H. Krieger, Esq.
George Haines, Esq.
Shawn Miller, Esq.
HAINES & KRIEGER, LLC
8985 S. Easter Avenue
Suite 350
Henderson, NV 89123

*Attorneys for Alan Warenski*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: February 6, 2019

18719303