Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALAN WARENSKI,<br><br>Plaintiffs,<br><br>vs.<br><br>CHARTER COMMUNICATIONS doing business as SPECTRUM,<br><br>Defendant. | Case No.: 2:19-cv-00101-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS COMPLAINT AND MOTION TO CHANGE VENUE**<br><br>**[FIRST REQUEST]** |

Plaintiff Alan Warenski ("Plaintiff"), by and through his counsel of record, and Defendant CHARTER COMMUNICATIONS dba SPECTRUM ("Charter") have agreed and stipulated to the following:

1. On January 17, 2019, Plaintiffs filed a Complaint [ECF Dkt. 1].

STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS COMPLAINT AND MOTION TO CHANGE VENUE[FIRST REQUEST] - 1

2. On March 1, 2019, Charter filed a Motion to Dismiss the Complaint [ECF Dkt. 8]; and a Motion to Change Venue [ECF Dkt. 9].

3. Plaintiff's Responses are due March 15, 2019.

4. Plaintiff and Charter have agreed to extend Plaintiff's response ten days in order to allow for extra time for Plaintiff's counsel to complete a heavy briefing schedule. As a result, both Plaintiff and Charter hereby request this Court to further extend the date for Plaintiff to respond to Charter's Motion to Dismiss Complaint and Motion to Change Venue until **March 25, 2019**. This stipulation is made in good faith, is not interposed for delay, and is not filed for an improper purpose.

/ / /

IT IS SO STIPULATED.

Dated March 8, 2019.

| **KNEPPER & CLARK LLC** | **BROWNSTEIN HYATT FARBER SCHRECK, LLP** |
|---|---|
| /s/ *Miles N. Clark* | /s/ *Patrick J. Reilly* |
| Matthew I. Knepper, Esq.<br>Nevada Bar No. 12796<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>10040 W. Cheyenne Ave., Suite 170-109<br>Las Vegas, NV 89129<br>Email: matthew.knepper@knepperclark.com<br>Email: miles.clark@knepperclark.com<br><br>**HAINES & KRIEGER LLC**<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>8985 S. Eastern Avenue, Suite 350<br>Henderson, NV 89123<br>Email: dkrieger@hainesandkrieger.com<br><br>*Counsel for Plaintiff* | Patrick J. Reilly, Esq.<br>Nevada Bar No. 6103<br>100 N City Pkwy., Suite 1600<br>Las Vegas, NV 89106<br>Email: preilly@bhfs.com<br><br>**THOMPSON COBURN LLP**<br>Matthew Guletz, Esq.<br>*(Admitted Pro Hac Vice)*<br>One U.S. Bank Plaza<br>St. Louis, MO 63101<br>Email: mguletz@thompsoncoburn.com<br><br>*Counsel for Defendant*<br>*Charter Communications dba Spectrum* |

*Warenski v. Charter Communications*
*2:19-cv-00101-RFB-NJK*

## ORDER GRANTING
## STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS COMPLAINT AND MOTION TO CHANGE VENUE

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 11th day of March, 2019.