Patrick J. Reilly, Esq.
Nevada Bar No. 6103
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone: 702.382.2101
Facsimile: 702.382.8135
preilly@bhfs.com

Matthew D. Guletz, Esq. (admitted *pro hac vice*)
Missouri Bar No. 57410
THOMPSON COBURN, LLP
One U.S. Bank Plaza, Suite 2700
Saint Louis, MO 63101
Telephone: 314.552.6311
mguletz@thompsoncoburn.com

*Attorneys for Charter Communications, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALAN WARENSKI, individually and on behalf of all and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHARTER COMMUNICATIONS d/b/a SPECTRUM,<br><br>Defendant. | Case No.: 2:19-cv-00101-RFB-NJK<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS OR TO TRANSFER VENUE**<br><br>**(First Request)** |

## **STIPULATION**

Plaintiff Alan Warenski and Defendant Charter Communications, Inc., incorrectly sued as "Charter Communications d/b/a Spectrum" ("Charter"), hereby stipulate and agree as follows:

1. On March 1, 2019, Charter filed a Motion to Dismiss or to Transfer Venue (ECF Nos. 8 and 9).

2. Plaintiff filed a First Amended Complaint (ECF No. 12) and a Response to Motion to Transfer Venue (ECF No. 13) on March 25, 2019.

3. As such, the current deadline for Charter to file its reply memorandum is April 1,

19045579.1                                          1

2019.

4. Charter shall have up to and including April 8, 2019, to file its reply memorandum in support of its Motion to Dismiss or to Transfer Venue (ECF Nos. 8 and 9). This extension will allow Charter to file its reply memorandum on April 8, 2019, the same day that it responds to the First Amended Complaint.

5. By entering into this Stipulation, Charter does not waive any rights or defenses, including defenses related to jurisdiction and arbitrability of claims (to the extent applicable).

6. This is the first request for extension of time by Charter related to the First Amended Complaint and regarding the briefing on the motion to transfer, and is made to consider the import of the First Amended Complaint on the pending motions and due to pending commitments during the week of April 1, 2019. Accordingly, this stipulation is made in good faith and not for purposes of delay.

DATED this 26th day of March, 2019.                    DATED this 26th day of March, 2019.


/s/ Miles N. Clark                                     /s/ Patrick J. Reilly
Matthew I. Knepper, Esq.                               Patrick J. Reilly
Miles N. Clark, Esq.                                   BROWNSTEIN FARBER HYATT
KNEPPER & CLARK, LLC                                   FARBER SCHECK, LLP
10040 W. Cheyenne Avenue                               100 N. City Parkway, Suite 1600
Suite 170-179                                          Las Vegas, NV 89106-4614
Las Vegas, NV 89129
                                                       Matthew D. Guletz, Esq.
*Attorneys for Alan Warenski*                          THOMPSON COBURN, LLP
                                                       One U.S. Bank Plaza, Suite 2700
                                                       Saint Louis, MO 63101

                                                       *Attorneys for Charter Communications, Inc.*

## **ORDER**

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 28th day of March, 2019.

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

19045579.1                        2

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

# CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), and Section IV of District of Nevada Electronic Filing Procedures, I certify that I am an employee of BROWNSTEIN HYATT FARBER SCHRECK, LLP, and that the foregoing **STIPULATION AND ORDER EXTENDING DEADLINE TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS OR TO TRANSFER VENUE** was served via electronic service on the 27th day of March, 2019, to the addresses shown below:

| | |
|---|---|
| David H. Krieger, Esq.<br>George Haines, Esq.<br>Shawn Miller, Esq.<br>Haines & Krieger, LLC<br>8985 S. Easter Avenue<br>Suite 350<br>Henderson, NV  89123<br>Tel: (702) 880-5554<br>Email: dkrieger@hainesandkrieger.com<br>Email: ghaines@hainesandkrieger.com<br>Email: smiller@hainesandkrieger.com | Matthew I. Knepper, Esq.<br>Miles N. Clark, Esq.<br>Knepper & Clark, LLC<br>10040 W. Cheyenne Avenue<br>Suite 170-179<br>Las Vegas, NV 89129<br>Tel: (702) 825-6060<br>Email: matthew.knepper@knepperclark.com<br>Email: miles.clark@knepperclark.com |

/s/Susan Roman
An employee of Brownstein Hyatt Farber Schreck, LLP

19045579.1

3