Patrick J. Reilly, Esq.
Nevada Bar No. 6103
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone: 702.382.2101
Facsimile: 702.382.8135
preilly@bhfs.com

Matthew D. Guletz, Esq. (admitted *pro hac vice*)
Missouri Bar No. 57410
THOMPSON COBURN, LLP
One U.S. Bank Plaza, Suite 2700
Saint Louis, MO 63101
Telephone: 314.552.6311
mguletz@thompsoncoburn.com

*Attorneys for Charter Communications, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALAN WARENSKI, individually and on behalf of all and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHARTER COMMUNICATIONS d/b/a SPECTRUM,<br><br>Defendant. | Case No.: 2:19-cv-00101-RFB-NJK<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS OR TO TRANSFER VENUE**<br><br>**(First Request)** |

## **STIPULATION**

Plaintiff Alan Warenski and Defendant Charter Communications, Inc., incorrectly sued as "Charter Communications d/b/a Spectrum" ("Charter"), hereby stipulate and agree as follows:

1. In response to Plaintiff's First Amended Complaint (ECF No. 12), Charter filed a Motion to Dismiss or to Transfer Venue (ECF Nos. 17 and 18) on April 8, 2019.

2. Plaintiff timely filed his written opposition briefs on April 22, 2019 (ECF No. 19 and 20).

3. As such, the current deadline for Charter to file its reply memorandum is April 29,

19134267.1                                                          1

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

2019.

4. Charter shall have up to and including May 6, 2019, to file its reply memorandum in support of its Motion to Dismiss or to Transfer Venue (ECF Nos. 17 and 19).

5. By entering into this Stipulation, Charter does not waive any rights or defenses, including defenses related to jurisdiction and arbitrability of claims (to the extent applicable).

6. This is the first request for extension of time by Charter related to the pending reply brief, and is made due to pending commitments during the week of April 22, 2019. Accordingly, this stipulation is made in good faith and not for purposes of delay.

DATED this 24th day of April, 2019.   DATED this 24th day of April, 2019.

/s/ Miles N. Clark
Matthew I. Knepper, Esq.
Miles N. Clark, Esq.
KNEPPER & CLARK, LLC
10040 W. Cheyenne Avenue
Suite 170-179
Las Vegas, NV 89129

*Attorneys for Alan Warenski*

/s/ Patrick J. Reilly
Patrick J. Reilly
BROWNSTEIN FARBER HYATT FARBER SCHECK, LLP
100 N. City Parkway, Suite 1600
Las Vegas, NV 89106-4614

Matthew D. Guletz, Esq.
THOMPSON COBURN, LLP
One U.S. Bank Plaza, Suite 2700
Saint Louis, MO 63101

*Attorneys for Charter Communications, Inc.*

**ORDER**

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 29th day of April, 2019.

19134267.1

2

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b), and Section IV of District of Nevada Electronic Filing Procedures, I certify that I am an employee of BROWNSTEIN HYATT FARBER SCHRECK, LLP, and that the foregoing **STIPULATION AND ORDER EXTENDING DEADLINE TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS OR TO TRANSFER VENUE** was served via electronic service on the 25th day of April, 2019, to the addresses shown below:

| | |
|---|---|
| David H. Krieger, Esq.<br>George Haines, Esq.<br>Shawn Miller, Esq.<br>Haines & Krieger, LLC<br>8985 S. Easter Avenue<br>Suite 350<br>Henderson, NV 89123<br>Tel: (702) 880-5554<br>Email: dkrieger@hainesandkrieger.com<br>Email: ghaines@hainesandkrieger.com<br>Email: smiller@hainesandkrieger.com | Matthew I. Knepper, Esq.<br>Miles N. Clark, Esq.<br>Knepper & Clark, LLC<br>10040 W. Cheyenne Avenue<br>Suite 170-179<br>Las Vegas, NV 89129<br>Tel: (702) 825-6060<br>Email: matthew.knepper@knepperclark.com<br>Email: miles.clark@knepperclark.com |

/s/ Ebony Davis
An employee of Brownstein Hyatt Farber Schreck, LLP