Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Las Vegas, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALAN WARENSKI,<br><br>Plaintiff,<br><br>v.<br><br>CHARTER COMMUNICATIONS doing business as SPECTRUM,<br><br>Defendants. | Case No. 2:19-cv-00101-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO STAY**<br><br>**[FIRST REQUEST]**<br><br>Complaint filed: January 17, 2019 |

Plaintiff Alan Warenski ("Plaintiff"), by and through his counsel of record, and Defendant CHARTER COMMUNICATIONS dba SPECTRUM ("Charter") have agreed and stipulated to the following:

1. On February 12, 2020, Charter filed a Motion to Stay Proceedings [ECF Dkt. 47].

2. Plaintiff's response is due February 26, 2020.

3. Plaintiff and Charter have agreed to extend Plaintiff's response deadline seven days in order to allow Plaintiff's counsel extra time to complete briefing due to an Arbitration scheduled in another matter the week of February 24, 2020, which Plaintiff's counsel expects to take a full week to complete. As a result, both Plaintiff and Charter hereby request this Court to further extend the date for Plaintiff to respond to Charter's Motion to Stay Proceedings until **March 4, 2020** and to extend the date for Charter to file their Reply until **March 18, 2020**. This stipulation is made in good faith, is not interposed for delay, and is not filed for an improper purpose.

IT IS SO STIPULATED.

Dated February 14, 2020.

| **KNEPPER & CLARK LLC**<br><br>/s/ *Miles N. Clark*<br>Matthew I. Knepper, Esq., SBN 12796<br>Miles N. Clark, Esq., SBN 13848<br>5510 So. Fort Apache Rd, Suite 30<br>Las Vegas, NV 89148<br>Email: matthew.knepper@knepperclark.com<br>Email: miles.clark@knepperclark.com<br><br>**HAINES & KRIEGER LLC**<br>David H. Krieger, Esq., SBN 9086<br>8985 S. Eastern Avenue, Suite 350<br>Las Vegas, NV 89123<br>Email: dkrieger@hainesandkrieger.com<br><br>*Counsel for Plaintiff* | **BROWNSTEIN HYATT FARBER SCHRECK, LLP**<br><br>/s/ *Patrick J. Reilly*<br>Patrick J. Reilly, Esq., SBN 6103<br>100 N City Pkwy., Suite 1600<br>Las Vegas, NV 89106<br>Email: preilly@bhfs.com<br><br>**THOMPSON COBURN LLP**<br>Matthew Guletz, Esq.<br>*(Admitted Pro Hac Vice)*<br>One U.S. Bank Plaza<br>St. Louis, MO 63101<br>Email: mguletz@thompsoncoburn.com<br><br>*Counsel for Defendant*<br>*Charter Communications dba Spectrum* |

**ORDER GRANTING**
**STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO STAY PROCEEDINGS**

**IT IS SO ORDERED.**



_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 18th day of February, 2020.