Patrick J. Reilly, Esq.
Nevada Bar No. 6103
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV  89106-4614
Telephone:  702.382.2101
Facsimile:   702.382.8135
preilly@bhfs.com

Matthew D. Guletz, Esq. (admitted *pro hac vice*)
Missouri Bar No. 57410
THOMPSON COBURN, LLP
One U.S. Bank Plaza, Suite 2700
Saint Louis, MO  63101
Telephone: 314.552.6311
mguletz@thompsoncoburn.com

*Attorneys for Charter Communications, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALAN WARENSKI, individually and on behalf of all and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHARTER COMMUNICATIONS d/b/a SPECTRUM,<br><br>Defendant. | Case No.: 2:19-cv-00101-RFB-NJK<br><br>**STIPULATION AND ORDER STAYING PROCEEDINGS** |

## **STIPULATION**

Plaintiff Alan Warenski and Defendant Charter Communications, Inc., incorrectly sued as "Charter Communications d/b/a Spectrum" ("Charter"), hereby stipulate and agree as follows:

1. Plaintiff commenced this putative class action on January 17, 2019 (ECF No. 1).

2. On February 12, 2020, Charter filed a Motion to Stay Proceedings (ECF No. 46) pending ruling by the U.S. Supreme Court in *Barr v. American Ass'n of Political Consutlants*, Case No. 19-631 ("*AAPC*").  Said case is fully briefed and awaiting ruling from the Court.

3. The *AAPC* case has been argued before the U.S. Supreme Court and is now awaiting a decision.

4. The parties therefore agree to stay this action in its entirety pending a ruling from the Court in the *AAPC* case.

5. Upon the granting of this stipulation, Charter's Motion to Stay will become moot, and may be withdrawn from consideration.

DATED this 16th day of June, 2020.   DATED this 16th day of June, 2020.

/s/ Miles N. Clark
Matthew I. Knepper, Esq.
Miles N. Clark, Esq.
KNEPPER & CLARK, LLC
10040 W. Cheyenne Avenue
Suite 170-179
Las Vegas, NV 89129

David H. Krieger, Esq.
George Haines, Esq.
Shawn Miller, Esq.
HAINES & KRIEGER, LLC
8985 S. Easter Avenue, Suite 350
Henderson, NV 89123

*Attorneys for Alan Warenski*

/s/ Patrick J. Reilly
Patrick J. Reilly
BROWNSTEIN FARBER HYATT
FARBER SCHECK, LLP
100 N. City Parkway, Suite 1600
Las Vegas, NV 89106-4614

Matthew D. Guletz, Esq.
THOMPSON COBURN, LLP
One U.S. Bank Plaza, Suite 2700
Saint Louis, MO 63101

*Attorneys for Charter Communications, Inc.*

## **ORDER**

IT IS SO ORDERED.

IT IS FURTHER ORDERED that [46]; [52] and [53] are denied as moot

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 17th day of June, 2020.