1

2

3

4

5

6

7

8

Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

*Counsel for Plaintiff*
*Alan Warenski*

9

10

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

11

12

13

14

15

16

| | |
|---|---|
| ALAN WARENSKI,<br><br>              Plaintiff,<br><br>       v.<br><br>CHARTER COMMUNICATIONS doing business as SPECTRUM,<br><br>              Defendant. | Case No. 2:19-cv-00101-RFB-NJK<br><br>**JOINT STATUS REPORT**<br><br>Complaint filed:  January 17, 2019 |

17

18

19

20

21

        Plaintiff Alan Warenski ("Plaintiff") and Defendant Charter Communications doing business as Spectrum ("Spectrum") (collectively, the "Parties"), by and through their counsel of record, hereby file the following status report as instructed by the Court in its Minute Order dated August 6, 2021 [ECF No. 59].

22

23

24

25

        1.      On August 11, 2020, the Parties reached a stipulation to stay the proceedings in this matter pending a ruling from the Supreme Court in the Ninth Circuit, in *Facebook, Inc. v. Duguid*, No. 19-511 (Jan. 9, 2020) ("*Duguid*") as they believed awaiting a definitive resolution of the

26

27

28

controlling definition of an ATDS would provide necessary clarification for the TCPA claim in this case .[ECF No. 56].[1]

2.      On August 12, 2020, the Court granted the Parties' stipulation and stayed the proceedings until a decision in *Duguid* was reached. [ECF No. 57].

3.      Apart from the TCPA claims, the only claim in the First Amended Complaint [ECF No. 12] is for alleged violations of Nevada Revised Statutes Chapter 598.0918 and 41.600.  *See* Count III.  On April 8, 2019, Charter moved to dismiss the Nevada claims and moved to dismiss and/or to transfer the TCPA claims under the "first-to-file" rule. [ECF No. 17].  Charter's motion to dismiss was Nevada claims was fully briefed [ECF Nos. 19, 23].  Charter later withdrew its motion to dismiss and/or to transfer [ECF Nos. 31-2] after the first-filed action settled.  On October 14, 2019, Charter filed its motion to dismiss the Nevada state law claims.  [ECF No. 33].    On October 8, 2020, the Court entered a "minute order in chambers" denying Charter's motion to dismiss the state law claims without prejudice pending resolution of the *Duguid* decision, stating that the motion could be refiled thereafter.  [ECF No. 58].

4.      On April 1, 2021, the Supreme Court ruled in the *Duguid* matter.

5.      Subsequently, the Parties have commenced meeting and conferring on the impact of the *Duguid* matter on Plaintiff's TCPA claims and as to whether this matter can be resolved or narrowed without the necessity of motion practice.  Those discussions bear not only on the TCPA claims, but also on whether Charter will need to file another motion regarding the Nevada claims.  Consequently, the Parties request the opportunity to advise the Court of the results of these efforts

/ / /

/ / /

KNEPPER & CLARK LLC
ATTORNEYS AT LAW
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
(702) 856-7430

no later than 21 days from the date of this filing.  At that time, if the Court permits, the Parties will

also advise the Court as to whether a new scheduling order is appropriate.

    DATED: August 9, 2021.

| **KNEPPER & CLARK LLC** | **BROWNSTEIN HYATT FARBER SCHRECK, LLP** |
| --- | --- |
| /s/ *Miles N. Clark* | /s/ *Patrick J. Reilly* |
| Matthew I. Knepper, Esq., SBN 12796<br>Miles N. Clark, Esq., SBN  13848<br>KNEPPER & CLARK LLC<br>5510 So. Fort Apache Rd, Suite 30<br>Las Vegas, NV 89148<br>Phone: (702) 856-7430<br>Fax: (702) 447-8048<br>Email: matthew.knepper@knepperclark.com<br>Email: miles.clark@knepperclark.com | Patrick J. Reilly, Esq., SBN 6103<br>100 N City Pkwy., Suite 1600<br>Las Vegas, NV 89106<br>Email: preilly@bhfs.com<br><br>**THOMPSON COBURN LLP**<br>Matthew Guletz, Esq.<br>*(Admitted Pro Hac Vice)*<br>One U.S. Bank Plaza<br>St. Louis, MO 63101<br>Email: mguletz@thompsoncoburn.com |
| Counsel for Plaintiff<br>Alan Warenski<br>*Counsel for Plaintiff* | *Counsel for Defendant*<br>*Charter Communications dba Spectrum* |

KNEPPER & CLARK LLC
ATTORNEYS AT LAW
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
(702) 856-7430