Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

*Counsel for Plaintiff*
*Alan Warenski*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALAN WARENSKI,<br><br>                    Plaintiff,<br><br>          v.<br><br>CHARTER COMMUNICATIONS doing business as SPECTRUM,<br><br>                    Defendant. | Case No. 2:19-cv-00101-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND STAY OF PROCEEDINGS**<br><br>**(Second Request)**<br><br>Complaint filed:  January 17, 2019 |

Plaintiff Alan Warenski ("Plaintiff") and Defendant Charter Communications doing business as Spectrum ("Spectrum") (collectively, the "Parties"), by and through their counsel of record, hereby stipulation and agree as follows:

1.      On August 11, 2020, the Parties reached a stipulation to stay the proceedings in this matter pending a ruling from the Supreme Court in the Ninth Circuit, in *Facebook, Inc. v. Duguid*, No. 19-511 (Jan. 9, 2020) ("*Duguid*") as they believed awaiting a definitive resolution of the controlling definition of an ATDS would provide necessary clarification for the TCPA claim in this case.  [ECF No. 56].[1]

2.      On August 12, 2020, the Court granted the Parties' stipulation and stayed the proceedings until a decision in *Duguid* was reached. [ECF No. 57].

3.      Apart from the TCPA claims, the only claim in the First Amended Complaint [ECF No. 12] is for alleged violations of Nevada Revised Statutes Chapter 598.0918 and 41.600.  *See* Count III.  On April 8, 2019, Charter moved to dismiss the Nevada claims and moved to dismiss and/or to transfer the TCPA claims under the "first-to-file" rule. [ECF No. 17].  Charter's motion to dismiss was Nevada claims was fully briefed [ECF Nos. 19, 23].  Charter later withdrew its motion to dismiss and/or to transfer [ECF Nos. 31-2] after the first-filed action settled.  On October 14, 2019, Charter filed its motion to dismiss the Nevada state law claims.  [ECF No. 33].    On October 8, 2020, the Court entered a "minute order in chambers" denying Charter's motion to dismiss the state law claims without prejudice pending resolution of the *Duguid* decision, stating that the motion could be refiled thereafter.  [ECF No. 58].

4.      On April 1, 2021, the Supreme Court ruled in the *Duguid* matter.

5.      On August 9, 2021, the parties filed a joint status report requesting an extension of the stay order another twenty-one days so as to allow the parties to continue to confer on the impact of the *Duguid* matter on Plaintiff's TCPA claims and as to whether this matter can be resolved or narrowed without the necessity of motion practice.  These discussions bear not only on the TCPA claims, but also on whether Charter will need to file another motion regarding the Nevada claims.

6.      The parties continue to engage in these discussions and respectfully request that the existing stay order entered on June 17, 2020, be extended an additional thirty days to **September 30, 2021**, to allow the parties additional time to complete their discussions regarding the impact of the *Duguid* decision as well as whether or not settlement of this case is a more prudent resolution of this matter.

KNEPPER & CLARK LLC
ATTORNEYS AT LAW
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
(702) 856-7430

7.      This stipulation is the second request to extend the pending stay.  It is made in good faith, is not interposed for delay, and is not filed for an improper purpose.

DATED: August 31, 2021.

| KNEPPER & CLARK LLC | BROWNSTEIN HYATT FARBER SCHRECK, LLP |
|---|---|
| /s/ *Miles N. Clark* | /s/ *Patrick J. Reilly* |
| Matthew I. Knepper, Esq., SBN 12796<br>Miles N. Clark, Esq., SBN  13848<br>KNEPPER & CLARK LLC<br>5510 So. Fort Apache Rd, Suite 30<br>Las Vegas, NV 89148<br>Phone: (702) 856-7430<br>Fax: (702) 447-8048<br>Email: matthew.knepper@knepperclark.com<br>Email: miles.clark@knepperclark.com<br><br>*Counsel for Plaintiff*<br>*Alan Warenski* | Patrick J. Reilly, Esq., SBN 6103<br>100 N City Pkwy., Suite 1600<br>Las Vegas, NV 89106<br>Email: preilly@bhfs.com<br><br>THOMPSON COBURN LLP<br>Matthew Guletz, Esq.<br>*(Admitted Pro Hac Vice)*<br>One U.S. Bank Plaza<br>St. Louis, MO 63101<br>Email: mguletz@thompsoncoburn.com<br><br>*Counsel for Defendant*<br>*Charter Communications dba Spectrum* |

## ORDER GRANTING
## STIPULATION TO EXTEND STAY OF PROCEEDINGS

**IT IS SO ORDERED.**

_____

**RICHARD F. BOULWARE, II**

**United States District Court**

DATED this 31st day of August, 2021.

KNEPPER & CLARK LLC<br>ATTORNEYS AT LAW<br>5510 S Fort Apache Rd, Ste 30<br>Las Vegas, NV 89148<br>(702) 856-7430