Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALAN WARENSKI, | Case No. 2:19-cv-00101-RFB-NJK |
| Plaintiff, | **NOTICE OF SETTLEMENT WITH CHARTER COMMUNICATIONS D/B/A SPECTRUM** |
| v. | |
| CHARTER COMMUNICATIONS doing business as SPECTRUM, | Complaint filed: January 17, 2019 |
| Defendant. | |

PLEASE TAKE NOTICE that Plaintiff ALAN WARENSKI and Defendant CHARTER COMMUNICATIONS dba SPECTRUM have reached a tentative settlement. The parties anticipate dismissing all remaining claims of any kind and anticipate filing a Stipulation for Dismissal of the Action, with prejudice, within 60 days. The parties request that all pending dates and filing requirements be vacated and that the Court set a deadline, sixty days from the present date, for filing a dismissal.

DATED: September 22, 2021.

**KNEPPER & CLARK LLC**

/s/ *Miles N. Clark*
Miles N. Clark, Esq., SBN 13848
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 22, 2021, and pursuant to the Federal Rules of Civil Procedure, a true and correct copy of the foregoing **NOTICE OF SETTLEMENT WITH CHARTER COMMUNICATIONS D/B/A SPECTRUM,** was served via the U.S. District Court's CM/ECF electronic filing system to all parties appearing in this case.

/s/ *Lucille Chiusano*
An employee of KNEPPER & CLARK LLC

KNEPPER & CLARK LLC
ATTORNEYS AT LAW
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
(702) 856-7430

2 of 2