Patrick J. Reilly, Esq.
Nevada Bar No. 6103
**BROWNSTEIN HYATT FARBER SCHRECK, LLP**
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone: 702.382.2101
Facsimile: 702.382.8135
preilly@bhfs.com

Matthew D. Guletz, Esq. (*Admitted Pro Hac Vice*)
Missouri Bar No. 57410
**THOMPSON COBURN, LLP**
One U.S. Bank Plaza, Suite 2700
Saint Louis, MO 63101
Telephone: 314.552.6311
mguletz@thompsoncoburn.com

*Counsel for Defendant Charter Communications dba Spectrum*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALAN WARENSKI,<br><br>          Plaintiff,<br><br>     v.<br><br>CHARTER COMMUNICATIONS doing business as SPECTRUM,<br><br>          Defendant. | Case No. 2:19-cv-00101-RFB-NJK<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

23164741

## STIPULATION

Plaintiff Alan Warenski ("Plaintiff") and Defendant Charter Communications doing business as Spectrum ("Spectrum") (collectively, the "Parties"), by and through their counsel of record, hereby agree and stipulate to dismiss the above-entitled action with prejudice, with each party to bear its own attorney's fees and costs of suit.

DATED this 26th day of October, 2021.               DATED this 26th day of October, 2021.

/s/ *Patrick J. Reilly*                              /s/ *Matthew I. Knepper*
Patrick J. Reilly, Esq.                              Matthew I. Knepper, Esq., SBN 12796
BROWNSTEIN HYATT FARBER SCHRECK, LLP                 Miles N. Clark, Esq., SBN 13848
100 N. City Parkway, Suite 1600                      KNEPPER & CLARK LLC
Las Vegas, NV 89106                                  5510 S. Fort Apache Road, Suite 30
Email: preilly@bhfs.com                              Las Vegas, NV 89148
                                                     Phone: (702) 856-7430
Matthew Guletz, Esq.                                 Fax: (702) 447-8048
THOMPSON COBURN LLP                                  Email: matthew.knepper@knepperclark.com
*(Admitted Pro Hac Vice)*                            Email: miles.clark@knepperclark.com
One U.S. Bank Plaza
St. Louis, MO 63101
Email: mguletz@thompsoncoburn.com                    *Counsel for Alan Warenski*

*Counsel for Charter Communications dba Spectrum*

## ORDER

**IT IS SO ORDERED:**

_____
RICHARD E. BOULWARE, II
United States District Court

DATED this 28th day of October, 2021.

2

23164741